



# MEMORANDUM OPINION

No. 04-08-00560-CV

**IN RE** Jesse K. **PRATHER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:   August 13, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

On July 30, 2008, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-07-00106-CVK, styled *Jesse K. Prather v. Major Darren B. Wallace*, pending in the 218th Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.